Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Tracy C. Law (SBN: 314936)
tlaw@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046

Attorneys for Plaintiff,
ELINEL RABARA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELINEL RABARA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No: 5:17-cv-03770-LHK<br><br>**DECLARATION OF KELSEY K. CIARIMBOLI, ESQ., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　February 21, 2019<br>Time:　　　1:30 p.m.<br>Location:　　U.S. District Court<br>　　　　　　Northern District<br>　　　　　　280 South 1st Street<br>　　　　　　San Jose, CA 95113<br><br>Action Filed:　October 26, 2016<br>Trial Date:　　May 20, 2019 |

I, Kelsey K. Ciarimboli, Esq., declare as follows:

1.　　I am an attorney at law, duly licensed to practice before all courts of the State of California. I am attorney of record for Plaintiff. The matters stated herein are of my own personal knowledge. If called as a witness, I would and could competently testify to the truth of the following matters.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

1

**Declaration of Kelsey K. Ciarimboli, Esq., in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment**
*Rabara v. HCR ManorCare, Inc., et al.*　　　　　Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Tracy C. Law, Esq.
Case No.:  5:17-cv-03770-LHK

2.      Attached is a true and correct copy of Plaintiff's Verified First Amended Complaint as **Exhibit 1**.

3.      Attached is a true and correct copy of Plaintiff's change to full-time position on March 4, 2009, as **Exhibit 2**.

4.      Attached is a true and correct copy of Plaintiff's written complaint to Susan Jacinto regarding Santosh Sahijpal on June 15, 2009 as **Exhibit 3**.

5.      Attached is a true and correct copy of Plaintiff's written complaint to Susan Jacinto regarding a CNA hiding a patient's call button on June 15, 2009 as **Exhibit 4**.

6.      Attached is a true and correct copy of Plaintiff's complaint to Vicky Chan on December 30, 2009 as **Exhibit 5**.

7.      Attached is a true and correct copy of Plaintiff's written complaint to Milagros Rea on June 7, 2010, as **Exhibit 6.**

8.      Attached is a true and correct copy of Plaintiff's written account of Plaintiff X and her husband, submitted in May 2010, as **Exhibit 7**.

9.      Attached is a true and correct copy of Plaintiff's March 1, 2011 complaint as **Exhibit 8**.

10.     Attached is a true and correct copy of Plaintiff's sick time slip on June 2, 2011 as **Exhibit 9**.

11.     Attached is a true and correct copy of Plaintiff's message to Betsy Aguilon on October 4, 2011, as **Exhibit 10**.

12.     Attached is a true and correct copy of Plaintiff's complaint to Priya Yadav on October 10, 2011, as **Exhibit 11**.

13.     Attached is a true and correct copy of Plaintiff's complaint to Priya Yadav, Ester Concepcion, and Susan Jacinto on August 9, 2012, as **Exhibit 12**.

14.     Attached is a true and correct copy of Plaintiff's complaint to Susan Jacinto, Milagros Rea, and Ester Concepcion on August 16, 2013, as **Exhibit 13**.

15.     Attached is a true and correct copy of Plaintiff's doctor's note, dated September 6, 2013, as **Exhibit 14**.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**Declaration of Kelsey K. Ciarimboli, Esq., in support of Plaintiff's**
**Opposition to Defendant's Motion for Summary Judgment or, in the**
**Alternative, Partial Summary Judgment**
*Rabara v. HCR ManorCare, Inc., et al.*

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Tracy C. Law, Esq.
Case No.:  5:17-cv-03770-LHK

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

16. Attached is a true and correct copy of Dr. Yuetin Wong's progress notes for Plaintiff's visit on September 23, 2013, as **Exhibit 15**.

17. Attached is a true and correct copy of Dr. Andrea Kossler's visit notes for Plaintiff on January 14, 2014, as **Exhibit 16**.

18. Attached is a true and correct copy of Plaintiff's doctor's note, dated February 19, 2014, as **Exhibit 17**.

19. Attached is a true and correct copy of Dr. Yuetin Wong's progress notes for Plaintiff's visit on February 28, 2014, as **Exhibit 18**.

20. Attached is a true and correct copy of Plaintiff's doctor's note, dated March 4, 2014, as **Exhibit 19**.

21. Attached is a true and correct copy of Plaintiff's doctor's note, dated March 6, 2014, as **Exhibit 20**.

22. Attached is a true and correct copy of Plaintiff's doctor's note and Dr. Yuetin Wong's progress notes, dated April 30, 2014, as **Exhibit 21**.

23. Attached is a true and correct copy of Defendant's letter to Plaintiff, dated May 1, 2014, as **Exhibit 22**.

24. Attached is a true and correct copy of notes Plaintiff provided to Melissa Dechert on June 6, 2014, as **Exhibit 23**.

25. Attached is a true and correct copy of Plaintiff's doctor's note, dated August 11, 2014, as **Exhibit 24**.

26. Attached is a true and correct copy of Plaintiff's doctor's note, dated November 22, 2014, as **Exhibit 25**.

27. Attached is a true and correct copy of Plaintiff's termination letter, dated December 11, 2014, as **Exhibit 26**.

28. Attached is a true and correct coy of the Joint Commission's Sentinel Event Alert, dated July 9, 2008, as **Exhibit 27**.

29. Attached is a true and correct copy of relevant excerpts from Belinda Rabara's deposition as **Exhibit 28**.

**Declaration of Kelsey K. Ciarimboli, Esq., in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment**
*Rabara v. HCR ManorCare, Inc., et al.*

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Tracy C. Law, Esq.
Case No.: 5:17-cv-03770-LHK

30.     Attached is a true and correct copy of relevant excerpts from Gregory Marangi's deposition as **Exhibit 29**.

31.     Attached is a true and correct copy of Defendant's letter to Belinda Rabara regarding her leave, as **Exhibit 30**.

*/s/ Kelsey K. Ciarimboli*
KELSEY K. CIARIMBOLI, ESQ.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**Declaration of Kelsey K. Ciarimboli, Esq., in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment**
*Rabara v. HCR ManorCare, Inc., et al.*

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Tracy C. Law, Esq.
Case No.:  5:17-cv-03770-LHK